## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ORLINGTON BODDEN ROSE,

    Petitioner,

v.

WARDEN, Otero County Processing Center, MARY DE ANDA-YBARRA, in her official capacity as El Paso Field Office Director of the Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director of the Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; and TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

Respondents.

Case No. 2:26-cv-01566-MIS-JFR

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Respondents Warden, Otero County Processing Center, Mary De Anda-Ybarra, Todd Lyons, Markwayne Mullin, and Todd Blanche, and against Petitioner Orlington Bodden Rose.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE